IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD KEITH ALAN II,,

    Plaintiff,

vs.                                                          4:07-CV-485-SPM/WCS

KATHLEEN DEKKER, et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion (doc. 88) for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation (doc. 87). The Court finds this request to be reasonable. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Motion (doc. 88) is *granted*.

    2.    The Plaintiff shall have until *May 13, 2011,* to respond to the Report and Recommendation.

**DONE AND ORDERED** this <u>second</u> day of May, 2011.

                                                     *s/ Stephan P. Mickle*
                                                     Stephan P. Mickle
                                                     Chief United States District Judge