IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD KEITH ALAN II,

    Plaintiff,

vs.                                           Case No. 4:07cv485-SPM/WCS

KATHLEEN DEKKER, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 87), which recommends that Defendants' Motion for Sanctions (doc. 10) and Motion for Attorney Fees (doc. 76) be granted. Plaintiff was furnished a copy and has filed an objection (doc. 90). Pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a de novo determination of those portions to which an objection has been made. Despite Plaintiff's objection, this Court finds that the Report and Recommendation is legally accurate and should be adopted.

Accordingly, it is ORDERED AND ADJUDGED:

1.     The Motions (docs. 10, 76) are granted.

2.     The case is remanded to the Magistrate Judge to determine and

recommend a monetary sum for sanctions and attorney fees.

DONE AND ORDERED this <u>twenty-seventh</u> day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge
