IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD KEITH ALAN II,

    Plaintiff,

vs.                                CASE NO.: 4:07-CV-485-SPM/WCS

KATHLEEN DEKKER, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Joint Notice of Settlement (doc. 95 and doc. 96) . Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1.    This case is hereby *dismissed*.

2.    The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 7th day of September, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge